**Order entered October 17, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00793-CR

### ROLANDO JAMESON MCMATH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-51770-N**

## ORDER

The reporter's record in this appeal, filed September 11, 2017, does not contain State's Exhibit No. 3, the video of appellant's interview with Sergeant Facet. The Court **ORDERS** court reporter Debi Harris to file, within **FOURTEEN DAYS** of the date of this order, a supplemental record containing a playable, certified copy of State's Exhibit No. 3.

We **DIRECT** the Clerk to send copies of this order to Debi Harris, court reporter, and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE